UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Anderson Paula Reyes

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR-    ( )( )

Defendant __Anderson Paula Reyes_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

**X**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


__Anderson Paula Reyes_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Anderson Paula Reyes_____
Print Defendant's Name

_____Lisa Scolari_____ Defendant's
Counsel's Signature

__Lisa Scolari _____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___12/4/2020_____
__ Date

_Katherine H Parker_ (signature)
U.S. District Judge/U.S. Magistrate Judge